# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL PERALTA,

    Plaintiff,

    v.

CORIZON HEALTH SERVICES, et al.,

    Defendants.

Case No. 1:15-cv-01090 DLB PC

ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UNDER SECTION 1983

    Plaintiff Michael Peralta, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 15, 2015. He consented to the jurisdiction of the Magistrate Judge on August 5, 2015.

    On May 18, 2016, the Court issued a screening order dismissing the complaint for failure to state a claim. Plaintiff was directed to file an amended complaint within thirty days. Over thirty days have passed and Plaintiff has failed to comply. Notably, the order served on Plaintiff was returned by the U.S. Postal Service as "Undeliverable – Not in custody." The order dismissing the complaint provided that failure to file an amended complaint within the allotted time would result in dismissal of the action with prejudice.

///

///

///

1  Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED WITH
2  PREJUDICE for failure to state a claim.

IT IS SO ORDERED.

  Dated:   **June 24, 2016**                                /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE